**FILED**

DEC 1 2 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**FILED**

DEC 1 2 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:00 CR 00347 SNL |
| JOHN ROBERT ANDIS, | ) |
| Defendant. | ) |

*Leave granted.*

*[signature] 12/12/00*

## MOTION REQUESTING LEAVE TO FILE OBJECTIONS TO PRESENTENCE REPORT UNDER SEAL

COMES now defendant, Robert Andis, by and through counsel, Ilene A. Goodman, Assistant Federal Defender and requests leave to file defendant's objections to the presentence report under seal. Due to the sensitive nature of the charge the issues objected to should not be made public.

Respectfully submitted,

_____
ILENE A. GOODMAN   30932
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
(314) 241-1255
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she has caused a true and correct copy of the foregoing to be served upon Donald Wilkerson, Assistant United States Attorney for the Eastern District of Missouri and Ken Fitzgerald, United States Probation Office, 1114 Market Street, St. Louis, Missouri by hand delivering same this 12th day of December, 2000.

_____
ILENE A. GOODMAN

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 12/12/00 by lholwitt
        4:00cr347     USA vs Andis


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

Ilene Goodman -  30932        Fax: 314-421-3177
Donald Wilkerson -  35963     Fax: 314-539-7695


SCANNED & FAXED BY:
DEC 1 3 2000
MJM