4:00CR3475SNL

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

**FILED**

JUL 2 1 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

No. 01-1272

United States of America,

    Appellee,

vs.

John Robet Andis,

    Appellant.

Appeal from the United States
District Court for the
Eastern District of Missouri

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is dismissed in accordance with the opinion of this Court.

(5172-010199)

June 27, 2003

Order Entered in Accordance with Opinion:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*

52

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 07/22/03 by kspurgeo
            4:00cr347     USA vs Andis


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.


Ilene Goodman - 30932
3821 McDonald Avenue
St. Louis, MO  63116

Donald Wilkerson - 35963          Fax: 314-539-7695




                                    SCANNED & FAXED BY

                                        JUL 22 2003