**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

**MICHAEL E. GANS**
**Clerk of Court**

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED NOV 18 2003 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

## MEMORANDUM

TO: Mr. James G. Woodward, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: November 18, 2003

RE: 01-1272 United States vs. John Robert Andis

Supreme Court No. 0-3-6608

District Court/Agency Case Number(s): 4:00CR347(SNL)

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

(5403-010199)
dms

1708348

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

FILED
NOV 17 2003
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

November 3, 2003

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24.329
St. Louis, MO 63102

    Re: John Robert Andis
        v. United States
        No. 03-6608
        (Your No. 01-1272)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk