

**RECEIVED BY MAIL**
JUN 28 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

TERRY NAFIS
District Court Executive and
Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

June 24, 2010

Clerk, United States District Court
Easter District of Missouri
111 South Tenth Street, Room 3.300
St. Louis, MO 63102-1116

Re: Transfer of Jurisdiction of Probation
  Your Case No. 4:00CR00347 HEA
  Assigned Our Case No. CR 10-662 CAS
  Case Title: United States of America v. John Robert Andis

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge AUDREY B. COLLINS.

Please forward to this district court certified copies of the following documents:
  1) Indictment, Information, or Complaint
  2) Judgment and Probationary Order
  3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By G. Kami   (213) 894-0747
Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

CR-25 (09/08)   TRANSMITTAL LETTER - PROBATION TRANSFER-IN

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED CLERK U.S. DISTRICT COURT JUN 18 2010 CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY | 4:00CR00347 HEA |
| | | DOCKET NUMBER (Rec. Court) 10CR0162-CAS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: John Robert Andis Los Angeles, California | DISTRICT Eastern District of Missouri | DIVISION United States Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Henry E. Autrey United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 10, 2008 | TO August 17, 2011 |

**OFFENSE**
Count two: Transportation of a Minors

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-2-010
Date

_/s/_ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/17/2010
*Effective Date*

_/s/ Audrey B. Collins_
Chief United States District Judge

I hereby attest and certify on 6/24/10 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_/s/_
DEPUTY CLERK



1191

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| (Rev. 2/88) **TRANSFER OF JURISDICTION** | FILED<br>CLERK U.S. DISTRICT COURT<br>JUN 1 8 2010 | 4:00CR00347 HEA |
| | | DOCKET NUMBER *(Rec. Court)*<br>10CR1062-CAS |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>John Robert Andis<br>Los Angeles, California | DISTRICT<br>Eastern District of Missouri<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY | DIVISION<br>United States Probation |
| | NAME OF SENTENCING JUDGE<br>The Honorable Henry E. Autrey<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>October 10, 2008 | TO<br>August 17, 2011 |

**OFFENSE**
Count two: Transportation of a Minors

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-2-010
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/17/2010
*Effective Date*

Chief    *United States District Judge*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Clerk, United States District Court
Eastern District of Missouri
111 South Tenth Street, Room 3.300
St. Louis, MO 63102-1116

RECEIVED BY MAIL
JUN 28 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS


